## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: | FILED: JULY 18, 2008 |
|---|---|---|
| Aaron Morris, Individually, and as Special Administrator of the Estate of Cornelia Morris | | 08CV4097 |
| | | JUDGE SHADUR |
| v. | | MAGISTRATE JUDGE KEYS |
| The L'Oreal Group, a Foreign Corporation, L'Oreal, U.S.A., a Delaware Corporation, and d/b/a Soft-Sheen Carson | | RCC |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

L'Oreal, USA, Inc.

| | |
|---|---|
| NAME (Type or print) | |
| John D. Burke | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ John D. Burke | |
| FIRM   Ice Miller LLP | |
| STREET ADDRESS   200 West Madison, Suite 3500 | |
| CITY/STATE/ZIP   Chicago, Illinois 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 06203918 | TELEPHONE NUMBER (312) 726-8148 |

| | |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N") | Y |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") | N |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") | Y |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") | Y |

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.
RETAINED COUNSEL                    APPOINTED COUNSEL