## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

AARON MORRIS,
Individually, and as Special Administrator of
the Estate of CORNELIA MORRIS, Deceased

                    Plaintiff,

    v.

THE L'OREAL GROUP, a Foreign
Corporation L'OREAL, U.S.A., a Delaware
Corporation, and d/b/a SOFT-SHEEN
CARSON

                Defendants.

CAUSE NO.

```
FILED: JULY 18, 2008
08CV4097
JUDGE SHADUR
MAGISTRATE JUDGE KEYS
RCC
```

### L'ORÉAL USA, INC.
### CORPORATE DISCLOSURE STATEMENT

Defendant L'Oréal USA, Inc., incorrectly named as L'Oreal, U.S.A. and The L'Oreal Group[1], by counsel and pursuant to Fed. R. Civ. P. 7.1(a), hereby notify the Court as follows:

1. Defendant L'Oréal USA, Inc. is a privately held corporation and a wholly-owned subsidiary of L'Oréal SA, a publicly traded corporation.

                Respectfully Submitted,

                **L'ORÉAL USA, INC.**

                /s/ John Burke
                One of Its Attorneys

John D. Burke (ARDC No. 06203918)
**ICE MILLER LLP**
200 W. Madison Street, Suite 3500
Chicago, Illinois  60606-3417

---

[1]    No entities exist named L'Oreal U.S.A. or The L'Oreal Group.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been deposited in the

U. S. mail, first-class postage prepaid, on the 18th day of July, 2008, addressed to:


Sturgis E. Chadwick, III
Cahdwick & Lakerdas
5300 South Shore Drive, Suite 100
Chicago, IL 60615



_____/s/ John D. Burke_____
John D. Burke


I/2179736.1