UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON MORRIS,<br>Individually, and as Special Administrator of<br>the Estate of CORNELIA MORRIS, Deceased<br><br>Plaintiff,<br>v.<br><br>THE L'OREAL GROUP, a Foreign<br>Corporation, L'OREAL, U.S.A., a Delaware<br>Corporation, and d/b/a SOFT-SHEEN<br>CARSON<br>Defendants. | CAUSE NO. 08 C 4097<br><br>Judge Milton I. Shadur |

## AGREED MOTION FOR ENLARGEMENT OF TIME

Defendant L'Oréal USA, Inc. ("Defendant"), by its attorneys Ice Miller LLP, and for its Agreed Motion for Enlargement of Time, states as follows:

1. Plaintiff filed this lawsuit as special administrator on behalf of the Estate of Cornelia Morris, Deceased.

2. Plaintiff claims that the Decedent died after suffering an anaphylactic reaction from using hair dye manufactured by Defendant.

3. Counsel for Plaintiff and counsel for Defendant have agreed to engage in preliminary discussions to determine whether this matter can be resolved on an expedited basis. Toward that end, the plaintiff has agreed to provide information to the defendant (including the medical records of the deceased) to assist in early evaluation. Defendant will conduct an expedited review.

4. In order to facilitate their resolution discussions, the parties request that the Court stay the Court proceedings for sixty days.

5. In furtherance of their agreement, Defendant would have until September 21, 2008, to answer or otherwise plead.

6. The parties further request that the Court set a status hearing date during the first week of October, 2008.

7. Counsel for Defendant has consulted with counsel for Plaintiff and he agrees with the motion.

          Respectfully Submitted,

          **L'ORÉAL USA, INC.**

          /s/ John Burke
          One of Its Attorneys

John D. Burke (ARDC No. 06203918)
**ICE MILLER LLP**
200 W. Madison Street
Suite 3500
Chicago, Illinois 60606-3417

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served via U.S. Mail, proper postage prepaid, on the 23rd day of July, 2008, addressed to:

Sturgis E. Chadwick, III
Chadwick & Lakerdas
5300 South Shore Drive, Suite 100
Chicago, Illinois 60615

                                              /s/ John D. Burke
                                              John D. Burke