# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| AARON MORRIS,<br>Individually, and as Special Administrator of<br>the Estate of CORNELIA MORRIS, Deceased<br><br>              Plaintiff,<br>   v.<br><br>THE L'OREAL GROUP, a Foreign<br>Corporation L'OREAL, U.S.A., a Delaware<br>Corporation, and d/b/a SOFT-SHEEN<br>CARSON<br>              Defendants. | CAUSE NO. 08 C 4097<br><br>Judge Milton I. Shadur |

## NOTICE OF MOTION

To:    See attached Certificate of Service.

    PLEASE TAKE NOTICE that on the **30th day of July, 2008** at **9:15 a.m.** or as soon thereafter as counsel may be heard, we shall appear before Judge Milton I. Shadur, Courtroom 2303, in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or any judge who may be sitting in his stead, and there present the attached ***Agreed Motion for Enlargement of Time***, copies of which are hereby served upon all parties.

                      Respectfully Submitted,

                      **L'ORÉAL USA, INC.**

                      /s/ John Burke
                      One of Its Attorneys

John D. Burke (ARDC No. 06203918)
**ICE MILLER LLP**
200 W. Madison Street
Suite 3500
Chicago, Illinois 60606-3417

C/68369.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served via U.S. Mail, proper postage prepaid, on the 23rd day of July, 2008, addressed to:

Sturgis E. Chadwick, III
Chadwick & Lakerdas
5300 South Shore Drive, Suite 100
Chicago, Illinois 60615

    _____ /s/ John D. Burke _____
    John D. Burke