# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 1:08-CV-04097 |
| AARON MORRIS | |
| v. | |
| THE L'OREAL GROUP, et al. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff Aaron Morris

| | |
|---|---|
| NAME (Type or print) | |
| MICHAEL G. KELLY | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Michael G. Kelly | |
| FIRM | |
| LAW OFFICES OF CHADWICK & LAKERDAS | |
| STREET ADDRESS | |
| 5300 SOUTH SHORE DRIVE, SUITE 100 | |
| CITY/STATE/ZIP | |
| CHICAGO, IL 60615 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6273989 | (773) 955-1088 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?  YES ☐  NO ☑

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES ☑  NO ☐

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?  YES ☑  NO ☐

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES ☑  NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐