IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

AARON MORRIS, individually, and as )
Special Administrator of the Estate )
Of Cornelia Morris, Deceased, )
  ) No.: 1:08-CV-04097
     Plaintiff, ) Hon. Judge Milton I. Shadur
  VS. )
THE LOREAL GROUP, a Foreign Corp., )
L'Oreal, U.S.A., a Delaware Corp., and )
d/b/a SOFT-SHEEN CARSON )
     Defendants. )

**NOTICE OF FILING**

TO:   See Attached Service List

**PLEASE TAKE NOTICE** that on the 2nd day of September 2008, Plaintiff caused to be filed with the Clerk of the Court for the United States District Court, Northern District of Illinois, Eastern Division, Appearance Of Michael G. Kelly, Esq..

/s/ Michael G. Kelly
_____
Michael G. Kelly, Esq.

**CERTIFICATE OF SERVICE**

The undersigned attorney, under penalty of perjury, certifies that he served a copy of Appearance of Michael G. Kelly, Esq. and Notice Of Filing to the above attorney at the above address by electronic filing on the 2nd day of September 2008. The Undersigned further certifies that copies of documents required to be served by Fed R. Civ.P. 5(a) have been served.

SERVICE LIST

by: /s/ Michael G. Kelly
———————————————
Michael G. Kelly

ARDC# 6273989
CHADWICK & LAKERDAS
5300 South Shore Dr. #100
Chicago, IL 60615
(773)955-1088

John David Burke, Esq.  
Ice Miller  
200 West Madison St.  
Chicago, IL 60606  

(312) 726-8148  
john.burke@icemiller.com