IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

AARON MORRIS, individually, and as
Special Administrator of the Estate
Of Cornelia Morris, Deceased,

    Plaintiff,

VS.

THE LOREAL GROUP, a Foreign Corp.,
L'Oreal, U.S.A., a Delaware Corp., and
d/b/a SOFT-SHEEN CARSON
    Defendants.

No.: 1:08-CV-04097
Hon. Judge Milton I. Shadur

## NOTICE OF MOTION

TO:    See Attached Service List

**PLEASE TAKE NOTICE** that on the __8th__ day of __September__ 2008, at __9:15__ a.m., or as soon thereafter as counsel shall be heard, counsel shall appear before the Honorable Judge Shadur in courtroom __2303__ of the U.S. District Court, Northern District of Illinois, 219 S. Dearborn Street, Chicago, IL, and then and there present, **MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**, a copy of which is attached hereto.

/s/ Michael G. Kelly
_____
Michael G. Kelly, Esq.

## CERTIFICATE OF SERVICE

The undersigned attorney, under penalty of perjury, certifies that he served a copy of Motion For Leave To File First Amended Complaint and Notice Of Motion to the above attorney at the above address by electronic filing on the 2nd

day of September 2008. The Undersigned further certifies that copies of documents required to be served by Fed R. Civ.P. 5(a) have been served.

by: /s/ Michael G. Kelly
_____
Michael G. Kelly

ARDC# 6273989
CHADWICK & LAKERDAS
5300 South Shore Dr. #100
Chicago, IL 60615
(773)955-1088

**SERVICE LIST**

John David Burke, Esq.
Ice Miller
200 West Madison St.
Chicago, IL 60606

(312) 726-8148
john.burke@icemiller.com