IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON MORRIS, individually, and as Special Administrator of the Estate Of Cornelia Morris, Deceased, <br><br> Plaintiff, <br> VS. <br> THE LOREAL GROUP, a Foreign Corp., L'Oreal, U.S.A., a Delaware Corp., and d/b/a SOFT-SHEEN CARSON <br> Defendants. | No.: 1:08-CV-04097 <br> Hon. Judge Milton I. Shadur |

### NOTICE OF FILING

TO:   See Attached Service List

**PLEASE TAKE NOTICE** that on the __4th__ day of September 2008, Plaintiff caused to be filed with the Clerk of the Court for the United States District Court, Northern District of Illinois, Eastern Division, First Amended Complaint.

/s/ Michael G. Kelly

_____
Michael G. Kelly, Esq.

### CERTIFICATE OF SERVICE

The undersigned attorney, under penalty of perjury, certifies that he served a copy of First Amended Complaint and Notice Of Filing to the above attorneys at the above address by electronic filing on the 4th day of September 2008. The Undersigned further certifies that copies of documents required to be served by Fed R. Civ.P. 5(a) have been served. Hard Copies of exhibits delivered by hand.

by: /s/ Michael G. Kelly
_____
    Michael G. Kelly

ARDC# 6273989
CHADWICK & LAKERDAS
5300 South Shore Dr. #100
Chicago, IL 60615
(773)955-1088

## SERVICE LIST

John David Burke, Esq.
Ice Miller
200 West Madison St.
Chicago, IL 60606

(312) 726-8148
john.burke@icemiller.com